IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR331-1
:
JAMEL CHRISTOPHER HARRIS :

The Grand Jury charges:

On or about November 9, 2021, in the County of Lee, in the Middle District of North Carolina, JAMEL CHRISTOPHER HARRIS, in connection with the acquisition of a firearm, that is, a Smith & Wesson .40 caliber handgun, from a licensed dealer in firearms, that is, Kendale Pawn Shop, 2715 Lee Avenue, Sanford, North Carolina, knowingly made a false and fictitious written statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that JAMEL CHRISTOPHER HARRIS certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as JAMEL CHRISTOPHER HARRIS then well knew, he

was purchasing the firearm on behalf of another person; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: October 31, 2022

SANDRA J. HAIRSTON
United States Attorney

*[signature: Jacob D. Pryor]*

BY: JACOB D. PRYOR
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2