IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR331-1 |
| | : | |
| JAMEL CHRISTOPHER HARRIS | : | |

## FACTUAL BASIS

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

During a Lee County investigation, Special Agents ("SA") from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") coordinated an investigation using a confidential informant ("CI"). To start the operation, on September 15, 2021, the CI went to Prince Downtown Motel in Sanford to attempt to buy drugs and firearms. There, the CI met someone ("Person 1") who said they could help the CI buy drugs. Person 1 introduced the CI to Person 2. Person 2 told the CI he could sell the CI drugs and a firearm.

On November 9, 2021, Person 2 called the defendant, Jamel Christopher Harris. Person 2 asked Harris if he could buy a firearm for the CI. Harris said that he could. Person 2 gave the CI Harris' phone number. The CI called Harris, who then met up with the CI.

Harris and the CI rode together to Kendale Pawn Shop in Sanford. During the ride, the CI discussed not being able to buy a firearm because the CI was a felon. Harris responded that he was not a felon and that he hoped to be able to buy more firearms and sell them for profit. Harris and the CI arrived at Kendale Pawn Shop and went inside. A store employee recognized Harris and talked with him about his purchase of a firearm one week earlier. The employee then helped Harris with his purchase of a Smith & Wesson .40 caliber firearm, and asked Harris if he was a felon. Harris said he had several misdemeanor charges pending (for carrying a concealed weapon and possession of marihuana). The employee confirmed those charges were not felonies and said he could still sell Harris the firearm. Harris completed the purchase and left the store with the CI. Harris and the CI talked about Harris making more straw purchases in the future for the CI. The CI paid Harris $700 and Harris gave the CI the firearm.

The CI met up with agents to be searched and turn over custody of the Smith & Wesson firearm. Agents subsequently went to Kendale Pawn Shop to obtain the forms Harris filled out when he bought the firearm. Harris filled out an ATF Form 4473 and provided the form to the employee. On the form, in response to question 21(a), "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" Harris provided an answer of "Yes." The agents confirmed Harris

had also bought a firearm from Kendale Pawn Shop on November 1, 2021, as the employee had earlier recalled.

This, the 14th day of December, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ JACOB D. PRYOR
Assistant United States Attorney
North Carolina State Bar No. 46344
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR331-1 |
| | : | |
| JAMEL CHRISTOPHER HARRIS | : | |

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Corey D. Buggs, Esquire

/S/ JACOB D. PRYOR
Assistant United States Attorney
North Carolina State Bar No. 46344
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351